UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATS, PRODUCTS, INC., dba ATS, INC. and SHEA TECHNOLOGY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FM GLOBAL, INC., MARSH & McLENNAN COMPANIES, INC.; MARSH McLENNAN CO.; MARSH & McLENNAN AGENCY, LLC; MARSH, INC., dba MARSH & McLENNAN; and GLOBAL MARSH,<br><br>Defendants. | CASE NO.:   CV 09-03175 JW-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in the following ADR process: Private Mediation.

The parties request that they be allowed to hold the ADR session within 180 days from the date of the order referring the case to an ADR process.

209897_1

DATED: October 30, 2009          CARLSON, CALLADINE & PETERSON LLP

By: _____/S/_____
JOYCE C. WANG
Attorneys for Defendant FACTORY MUTUAL INSURANCE COMPANY (erroneously sued as "FM GLOBAL, INC.")

DATED: October 30, 2009          BINGHAM MCCUTCHEN LLP

By: _____/S/_____
ROBERT A. LEWIS
Attorneys for Defendants MARSH & MCLENNAN COMPANIES, INC., MARSH INC., and MARSH & MCLENNAN AGENCY, LLC only.

DATED: October 30, 2009          LAW OFFICES OF MICHAEL G. ACKERMAN

By: _____/S/_____
MICHAEL G. ACKERMAN
Attorneys for Plaintiffs ATS, PRODUCTS, INC., dba ATS, INC. and SHEA TECHNOLOGY, LLC

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

*/s/ James Ware*

DATED: December 30, 2009