*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATS, PRODUCTS, INC., dba ATS, INC. and SHEA TECHNOLOGY, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>FM GLOBAL, INC., MARSH & McLENNAN COMPANIES, INC.; MARSH McLENNAN CO.; MARSH & McLENNAN AGENCY, LLC; MARSH, INC., dba MARSH & McLENNAN; and GLOBAL MARSH, <br><br>Defendants. | CASE NO.:   5:09-cv-03175 JW-PVT <br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS** |

Counsel for all parties report that they are in discussions regarding resolution of the above-captioned matter and hereby ask that the Court continue the hearing date for the Motions to Dismiss Plaintiffs' Second Amended Complaint filed by defendants Factory Mutual Insurance Company (erroneously sued as "FM Global, Inc.") (docket no. 50) and Marsh & McLennan Companies, Inc.; Marsh & McLennan Agency, LLC; and Marsh, Inc., (docket no. 51), from the currently scheduled March 29, 2010 to and until April 26, 2010, or to the next available hearing date thereafter that is convenient to the Court, in order to allow the parties to reach agreement and

222809_1.DOC

prepare and file a proposed stipulation and dismissal with this Court.

DATED: March 25, 2010                    CARLSON, CALLADINE & PETERSON LLP


By:   _____/S/_____
       JOYCE C. WANG
       Attorneys for Defendant FACTORY MUTUAL
       INSURANCE COMPANY (erroneously sued as
       "FM GLOBAL, INC.")


DATED: March 25, 2010                    BINGHAM MCCUTCHEN LLP


By:   _____/S/_____
       ROBERT A. LEWIS
       Attorneys for Defendants MARSH & MCLENNAN
       COMPANIES, INC., MARSH INC., and MARSH &
       MCLENNAN AGENCY, LLC only.


DATED: March 25, 2010                    LAW OFFICES OF MICHAEL G. ACKERMAN


By:   _____/S/_____
       MICHAEL G. ACKERMAN
       Attorneys for Plaintiffs ATS, PRODUCTS, INC., dba
       ATS, INC.   and SHEA TECHNOLOGY, LLC

**\*\*\* ORDER \*\*\***

   In light of the parties' representation, the Court finds good cause to VACATE the March 29, 2010 hearing on the Motions to Dismiss and all pretrial and trial deadlines.  The Court deems the Motions as withdrawn.  The Court sets a Status Conference re: Settlement for **April 26, 2010 at 10 a.m.**  On or before **April 16, 2010**, the parties shall file either a Stipulated Dismissal or a Joint Statement updating the Court on the status of the parties' settlement efforts.  A Stipulated Dismissal will vacate the Conference.  In the event that the parties require additional time to reduce their settlement to a writing, the parties shall clearly specify how much additional time they require to do so.
   The Clerk shall terminate the pending Motions as withdrawn.  (Docket Item Nos. 50, 51.)

Dated: March 25, 2010                    _____
                                          JAMES WARE
                                          United States District Judge