IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATS Products, Inc., et al., | NO. C 09-03175 JW |
| Plaintiffs, v. | **ORDER VACATING STATUS CONFERENCE; SETTING HEARING ON MOTIONS TO DISMISS** |
| FM Global, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Status Conference on April 26, 2010. The parties duly submitted a Joint Status Conference Statement. (See Docket Item No. 64.) The parties represent that they have been unable to reach a settlement of this case, and request that the Court hear Defendants' previously noticed Motions to Dismiss.[1] Upon review of the Joint Statement, the Court finds good cause to vacate the Status Conference and permit Defendants to re-notice their Motions.

Accordingly, the Court VACATES the Status Conference. On **October 18, 2010 at 9 a.m.**, the Court will conduct a hearing on Defendants' re-noticed motions to dismiss. Defendants shall re-notice their Motions in accordance with the Civil Local Rules.

Dated: April 21, 2010

JAMES WARE
United States District Judge

---

[1] Defendants' Motions to Dismiss were previously set for a hearing on March 29, 2010. The Court vacated the hearing and terminated the Motions as withdrawn in light of the parties' request for a continuance of the March 29 hearing based on settlement discussions. (See Docket Item Nos. 60, 61.) On April 16, 2010, Plaintiffs each filed a Notice of Voluntary Dismissal with Prejudice as to Defendant Factory Mutual Insurance Co. (Docket Item Nos. 62, 63.)

Case 5:09-cv-03175-JW   Document 65   Filed 04/22/10   Page 2 of 2

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Aman Pradhan manu.pradhan@bingham.com
Christofer Charles Nolan cnolan@ccplaw.com
3 Donald W. Carlson dcarlson@ccplaw.com
Joyce C. Wang jwang@ccplaw.com
4 Michael George Ackerman mga@mgackermanklaw.com

6 **Dated: April 21, 2010**               **Richard W. Wieking, Clerk**

7

8                                          **By:    /s/ JW Chambers        **
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California