1  Michael G. Ackerman, Esq. (SBN 64997)
   LAW OFFICES OF MICHAEL G. ACKERMAN
2  2391 The Alameda, Suite 100
   Santa Clara, CA 95050
3  Telephone: (408) 261-5800
   Fax: (408) 261-5900
4
   Attorneys for Plaintiff ATS, PRODUCTS, INC.,
5  dba ATS, INC.

6


IT IS SO ORDERED
Judge James Ware

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | ATS, PRODUCTS, INC., dba ATS, INC.          ) CASE NO.:    5:09-cv-03175 JW-PVT
      and SHEA TECHNOLOGY, LLC,                 )
12 |                                            ) NOTICE OF VOLUNTARY DISMISSAL
                     Plaintiffs,                ) OF SECOND AMENDED COMPLAINT
13 |                                            ) OF ATS PRODUCTS, INC., dba ATS,
                     vs.                        ) INC., WITH PREJUDICE, AS TO
14 |                                            ) DEFENDANT FACTORY MUTUAL
      FM GLOBAL, INC., MARSH &                  ) INSURANCE COMPANY
15 | McLENNAN COMPANIES, INC.; MARSH            ) (ERRONEOUSLY SUED AS "FM
      McLENNAN CO.; MARSH & McLENNAN            ) GLOBAL, INC.")
16 | AGENCY, LLC; MARSH, INC., dba              )
      MARSH & McLENNAN; and GLOBAL              )
17 | MARSH,                                     )
                                                )
18 |                 Defendants.                )
                                                )

19        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ATS Products, Inc.,

20 dba ATS, Inc., by and through its designated counsel, hereby agrees to and does voluntarily

21 dismiss the entirety of its Second Amended Complaint (Document 46), with prejudice, and all

22 causes of action stated therein, against Defendant Factory Mutual Insurance Company

23 (erroneously sued as "FM Global, Inc."). Each party is to bear its own fees and costs.

24        DATED: April 14, 2010          LAW OFFICES OF MICHAEL G. ACKERMAN

25                                 By: _____/S/_____

26                                       MICHAEL G. ACKERMAN
                                         Attorneys for Plaintiff ATS, PRODUCTS, INC., dba
27                                       ATS, INC.

28

224558_1.DOC

NOTICE OF DISMISSAL OF SECOND AMENDED COMPLAINT, WITH PREJUDICE
CASE NO.: 5:09-cv-03175 JW-PVT

**PROOF OF SERVICE**

The undersigned declares:

I am a citizen of the United States and a resident of Santa Clara County, State of California. I am over the age of eighteen (18) years and not a party to the within above-entitled action. My business address is 2391 The Alameda, Suite 100, Santa Clara, CA 95050.

On April 16, 2010, I served a copy of the following document(s) described as:

- **NOTICE OF VOLUNTARY DISMISSAL OF SECOND AMENDED COMPLAINT OF ATS PRODUCTS, INC., dba ATS, INC., WITHOUT PREJUDICE, AS TO DEFENDANT FACTORY MUTUAL INSURANCE COMPANY (ERRONEOUSLY SUED AS "FM GLOBAL, INC.")**

on the interested parties in this action by placing true copies thereof in a sealed envelope addressed to the person(s) listed below:

| | |
|---|---|
| Donald W. Carlson, Esq.<br>Joyce C. Wang, Esq.<br>Carlson, Calladine & Peterson, LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>**Facsimile No.: (415) 391-3898**<br>(Attorneys for Defendants, FM Global, Inc.,) | Robert A. Lewis, Esq.<br>Manu Pradhan, Esq.<br>Bingham McCutchen, LLP<br>3 Embarcadero Ctr. Promenade<br>San Francisco, CA 94111-4067<br>**Facsimile No.: (415) 393-2286**<br>(Attorneys for Defendants, Global Marsh, ) |

(X) **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after dated of deposit for mailing in affidavit. I caused to be deposited such envelope(s) with postage thereon fully paid to be placed in the United States Mail at Santa Clara, California.

(  ) **(By Personal Service)** I caused to be delivered by hand on the interested parties in this action by having true and correct copies placed thereof in an envelope addressed to the office of the addressee(s) as above indicated.

(  ) **(By Facsimile)** I caused to be served by facsimile a true and correct copy pursuant to C.C.P. §1013(e), calling for agreement and written confirmation of that agreement on court order, to the number(s) listed above or on an attached sheet. Said transmission was reported complete and without error.

---

1   (X )   **(By E-Mail)** I caused a true copy of the foregoing document to be served on Donald W.

2   Carlson, Esq. at dcarlson@ccplaw.com and Joyce C. Wang, Esq. at jwang@ccplaw.com of the

3   firm Carlson, Calladine & Peterson, LLP; and at the firm of Bingham McCutchen, LLP, Robert

4   Lewis, Esq. at robert.lewis@bingham.com and Manu Pradhan, Esq., at

5   manu.pradhan@bingham.com.  The e-mail was complete and no reports of error were received

6   on April 16, 2010.

7   (   )   **(By California Overnight Mail)** I caused to be served a true and correct copy enclosed

8   in a sealed package, for California Overnight collection and for overnight delivery.  I had said

9   envelope marked for collection and overnight delivery to the addressed and to the office of the

10  addressee(s) as above indicated.  In the ordinary course of business and including said overnight

11  envelopes, will be deposited with California Overnight at Santa Clara, California.

12  (X )   **(Federal Only)** I declare that I am employed in the office of a member of the bar of this

13  Court at whose direction the service was made.

14          I declare under penalty of perjury under the laws of the State of California that the

15  foregoing is true and correct and that this declaration was executed in the City of Santa Clara,

16  State of California on April 16, 2010.

17

18

19                                                    CAMI J. SMURPHAT

20  C:\MyDocs\ATS\Marsh\1pc.wpd

21

22

23

24

25

26

27

28

---

**PROOF OF SERVICE**                    - 2 -                    **C09-03175 PVT**