Michael G. Ackerman, Esq. (SBN 64997)
LAW OFFICES OF MICHAEL G. ACKERMAN
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
Facsimile: (408) 261-5900

Attorneys for Plaintiffs, ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/15/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>FM GLOBAL, INC., MARSH, INC., dba MARSH & McLENNAN and GLOBAL MARSH;<br><br>Defendants. | Case No.: C09-03175 PVT<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.** |

It is hereby stipulated by and between the parties hereto, by and through their respective attorneys, that Plaintiffs ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC ("Plaintiffs") shall dismiss the Second Amended Complaint against Defendants MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC. (the "Marsh Defendants") with prejudice in light of the facts pleaded in the Marsh Defendants' motion to dismiss or, in the alternative, motion for summary judgment, currently set for hearing on October 18, 2010. This Stipulated Dismissal shall have full preclusive effect in the United States but shall not preclude Plaintiffs from filing a new lawsuit outside of the United States.

1 However, should Plaintiffs subsequently become aware of facts that would justify jurisdiction in a court in the United States, then Plaintiffs may file a new lawsuit in the United States on that basis. All parties shall bear their respective costs and attorneys fees incurred in this action.

DATED: _____, 2010     By: _____
JEFF SHEA, On behalf of ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC

DATED: _____, 2010     By: _____
On behalf of MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.

DATED: _____, 2010     BINGHAM McCUTCHEN, LLP

By: _____
ROBERT A. LEWIS, ESQ.
Attorneys for Defendants, MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.

DATED: Sept. 3, 2010     LAW OFFICES OF MICHAEL G. ACKERMAN

By: /s/ Michael G. Ackerman
MICHAEL G. ACKERMAN, ESQ.
Attorneys for Plaintiffs, ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC

C:\MyDocs\ATS\Marsh\Stip.2DismCompt.Marsh

---

- 2 -
**STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.**                         C09-03175 PVT

However, should Plaintiffs subsequently become aware of facts that would justify jurisdiction in a court in the United States, then Plaintiffs may file a new lawsuit in the United States on that basis. All parties shall bear their respective costs and attorneys fees incurred in this action.

DATED: _____, 2010     By: _____
JEFF SHEA, On behalf of ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC

DATED: 9/9, 2010     By: [signature]
On behalf of MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.

DATED: 9/9, 2010     BINGHAM McCUTCHEN, LLP

By: [signature]
ROBERT A. LEWIS, ESQ.
Attorneys for Defendants, MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.

DATED: _____, 2010     LAW OFFICES OF MICHAEL G. ACKERMAN

By: _____
MICHAEL G. ACKERMAN, ESQ.
Attorneys for Plaintiffs, ATS PRODUCTS, INC., dba ATS, INC., and SHEA TECHNOLOGY, LLC

C:\MyDocs\ATS\Marsh\Stip.2DismCompt.Marsh

- 2 -
STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST MARSH & MCLENNAN COMPANIES, INC., MARSH & MCLENNAN AGENCY, LLC, AND MARSH, INC.

C09-03175 PVT

However, should Plaintiffs subsequently become aware of facts that would justify jurisdiction in a court in the United States, then Plaintiffs may file a new lawsuit in the United States on that basis. All parties shall bear their respective costs and attorneys fees incurred in this action.

DATED: Sept. 13, 2010          By: _____
                                    JEFF SHEA, On behalf of ATS
                                    PRODUCTS, INC., dba ATS, INC.,
                                    and SHEA TECHNOLOGY, LLC

DATED: _____, 2010        By: _____
                                    On behalf of MARSH & McLENNAN
                                    COMPANIES, INC., MARSH &
                                    McLENNAN AGENCY, LLC, AND
                                    MARSH, INC.

DATED: _____, 2010             BINGHAM McCUTCHEN, LLP

                                By: _____
                                    ROBERT A. LEWIS, ESQ.
                                    Attorneys for Defendants, MARSH &
                                    McLENNAN COMPANIES, INC.,
                                    MARSH & McLENNAN AGENCY,
                                    LLC, AND MARSH, INC.

DATED: Sept. 3, 2010               LAW OFFICES OF
                                   MICHAEL G. ACKERMAN

                                By: _____
                                    MICHAEL G. ACKERMAN, ESQ.
                                    Attorneys for Plaintiffs, ATS
                                    PRODUCTS, INC., dba ATS, INC., and
                                    SHEA TECHNOLOGY, LLC

**IT IS SO ORDERED.**

The Clerk shall terminate and remaining deadlines and the pending Motion to Dismiss (Docket Item No. 67) . The Clerk shall close this file.

Dated: September 15, 2010          _____
                                   James Ware
                                   United States District Judge